# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 21-cr-01571-W |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT OF DISMISSAL WITHOUT PREJUDICE** |
| JOHANA PAOLA MELENDEZ, | |
| Defendant. | |

Upon motion of the United States of America and good cause appearing, IT IS HEREBY ORDERED that the Information in the above-entitled case against defendant JOHANA PAOLA MELENDEZ be dismissed without prejudice.

**IT IS SO ORDERED.**

DATED: June 2, 2021.

_____
HONORABLE THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE